UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| F.F.T., LLC, </br></br>      Plaintiff, </br></br>      v. </br></br>THOMAS SEXTON, </br>FUNCTIONAL FAMILY THERAPY </br>ASSOCIATES, INC., </br>ASTRID VAN DAM, and </br>FFT PARTNERS, LLC, </br></br>      Defendants. | ) </br>) </br>) </br>) </br>) </br>) No. 1:19-cv-03027-RLY-MJD </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 14, 2020, the Magistrate Judge submitted a Report and Recommendation, recommending the court deny Defendants' Motion for Partial Dismissal and to Strike Irrelevant Exhibits to Amended Complaint. The parties were afforded due opportunity pursuant to statute and the rules of this court to file objections; none were filed. The court, having considered the Magistrate Judge's Report and Recommendation, hereby **ADOPTS** the Magistrate Judge's Report and Recommendation. Accordingly, Defendants' Motion for Partial Dismissal and to Strike Irrelevant Exhibits to Amended Complaint (Filing No. 42) is hereby **DENIED.**

**SO ORDERED** this 11th day of March 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1

Distributed Electronically to Registered Counsel of Record.